*Tuesday,
January* 5.

HENDERSON *v.* BURCH.

ERROR to the *Greene* Circuit Court.

*Per Curiam.*—This case has been on file since *December* 10, 1849. The record is not accompanied by any brief. For that reason, if any errors exist, they are presumed to be waived, under the 28th rule of this Court.

The judgment is affirmed with costs.

*J. S. Watts*, for the plaintiff.

*I. Blackford*, for the defendant.